## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ARLUS EUGENE MORRISON, JR.,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **Case No. CIV 10-119-RAW-KEW** |
| | ) | |
| **MIKE ADDISON, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

### OPINION AND ORDER
### DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's order entered September 24, 2013, affirming and adopting the Magistrate Judge's Report and Recommendation and denying petitioner's petition for a writ of habeas corpus. After a careful review of the record, the court concludes petitioner has failed to make a "substantial showing of the denial of a constitutional right," as required by 28 U.S.C. § 2253(c)(2). The court further finds that petitioner has not "demonstrate[d] that reasonable jurists would find [this] court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**ACCORDINGLY,** petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

**IT IS SO ORDERED** this 4th day of November 2013.

**Dated this 4th day of November, 2013.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma